UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEALER SPECIALTIES INTERNATIONAL, INC.,**

**Plaintiff,**

**v.** **Case No: 6:18-mc-58-Orl-41GJK**

**CAR DATA 24/7, INC.,**

**Defendant.**

---

# ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEALER SPECIALTIES INTERNATIONAL, INC.'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION AS TO CAR DATA 24/7, INC. (Doc. No. 6)** |
| **FILED:** | **February 8, 2019** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On September 20, 2016, a judgment from the United States District Court for the Southern District of Ohio in favor of Dealer Specialties International, Inc. ("Dealer Specialties") and against Car Data 24/7, Inc., and Gary Lindsey was filed in this Court. Doc. No. 1. The judgment was entered jointly and severally for $1,358,889.24, plus interest. *Id.*

On February 8, 2019, pursuant to Federal Rule of Civil Procedure 69, Dealer Specialties filed a Motion for Issuance of a Writ of Execution as to Car Data 24/7, Inc. (the "Motion"). Doc. No. 6. Dealer Specialties requests that a writ of execution be issued against Car Data 24/7, Inc., for the amount of the judgment plus the interest that has accrued thus far. *Id.* at 3.

Rule 69(a)(1) states, "The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Florida Rule of Civil Procedure 1.550(a) requires that a judgment be recorded before a writ of execution on it is issued, "provided execution or other final process may be issued on special order of the court at any time after judgment."

There is no indication that the judgment has been recorded. Dealer Specialties also does not address whether the Court should issue the writ of execution on a special order. Thus, Dealer Specialties does not meet the requirements for issuance of a writ of execution.

Accordingly, the Motion (Doc. No. 6) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on February 13, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties