# Exhibit 1

CFN 2019R0113409 OR BK 31335 Pgs 4574-4575 2Pgs
RECORDED 02/22/2019 14:29:30
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

DEALER SPECIALITES INTERNATIONAL, INC.,

Plaintiff,

-vs-

CAR DATA 24/7. INC., *et al.*,

Defendants.

Case No. 1:16-cv-499

Judge Timothy S. Black

---

**JUDGMENT IN A CIVIL CASE**

---

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:**

**IT IS ORDERED AND ADJUDGED:**

Plaintiff's Motion for Default Judgment (Doc. 19) is **GRANTED**. The Arbitration Award is hereby confirmed, and the Clerk shall enter Judgment in favor of Plaintiff and against Defendants Car Data 24/7, Inc., and Gary Lindsey, jointly and severally, in the amount of $1,358,889.24, plus interest; and this civil action is **TERMINATED** on the Court's docket.

Date: 8/4/2016

**RICHARD W. NAGEL, CLERK**

By: *s/ M. Rogers*
Deputy Clerk

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE
ON 8/4/16
RICHARD W. NAGEL, Clerk of Court
By [signature]
Deputy Clerk
Date 9/16/16

OR BK 31335 PG 4575
LAST PAGE

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Dealer Specialties International, Inc., *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-499 |
| Car Data 24/7 Inc., et al. *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 8/4/16.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 2/20/19

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*