# Exhibit 2

DC 11
Rev. 1/09

# WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

TO THE MARSHAL OF: Middle District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Car Data 24/7, Inc.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $1,358,889.24 | AND | $18,705.76 |

in the United States District Court for the Middle District of Florida, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Car Data 24/7, Inc. pursuant to Final Money Judgment (Doc. 1) registered on September 20, 2016 in the case styled Dealer Specialties, Inc. v. Car Data 24/7, Inc. et al, Case No. 6:18-mc-58-ORL-41GJK.

and also the costs that may accrue under this writ.

And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE 401 West Central Boulevard | DISTRICT Middle District of Florida |
| CITY Orlando | DATE March 21, 2019 |

Witness the Honorable ______________________________
United States Judge

| | |
|---|---|
| DATE | CLERK OF COURT |
| | (BY ) DEPUTY CLERK |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY ) DEPUTY MARSHAL |