# *Judgment Lien Certificate*

I certify the attached is a true and correct copy of the JUDGMENT LIEN CERTIFICATE, filed on July 12, 2017 reflecting GARY LINDSEY, and CAR DATA 24/7, INC. as the judgment debtor(s), as shown by the records of this office.

The document number of this lien is J17000393100.

Authentication Code: 170712142826#1J17000393100

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twelfth day of July, 2017

Ken Detzner
Secretary of State

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

LINDSEY, GARY
120 ELDRON BLVD., SE
PALM BAY, FL. 32909

CAR DATA 24/7, INC.
2605 E. ATLANTIC BLVD.
# 208
POMPANO BEACH, FL. 33062
FEI#: 20--097621 DOS DOCUMENT#: P04000057591

**J17000393100**
**FILED**
**Jul 12, 2017 11:14 A.M.**
**Secretary of State**
PYARBOR

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

DEALER SPECIALTIES INTERNATIONAL, INC.
60 OVERBROOK DRIVE
MONROE, OH 45050
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

QUARLES & BRADY, LLP C/O CASSIDY E. JONES
CASSIDY.JONES@QUARLES.COM

---

AMOUNT DUE ON MONEY JUDGMENT: 1358889.24
APPLICABLE INTEREST RATE: 3.00%
NAME OF COURT: SOUTHERN DISTRICT OF OHIO
CASE NUMBER: 1:16-CV-499
DATE OF ENTRY: 08/04/16
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: CASSIDY E. JONES