UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Dealer Specialties International, Inc.

Plaintiff/ Judgment Creditor

v.

Case No. 6:18-mc-58-CEM-GJK

Car Data 24/7, Inc., et al.

Defendant/ Judgment Debtor.

**AFFIDAVIT IN SUPPORT OF DEALER SPECIALTIES' MOTION TO INITIATE PROCEEDINGS SUPPLEMENTARY AND FOR IMPLEADER AGAINST CARDATA, INC., JOHN FINUCANE, JAYLEE'S AUTO SALES, INC., and DEALER360, INC.**

STATE OF FLORIDA )
) ss:
COUNTY OF BROWARD )

I, Shannon P. McKenna, state the following under oath and with personal knowledge:

1. I am an attorney with Clarke Silverglate, P.A. which has been retained by Plaintiff/Judgment Creditor Dealer Specialties, Inc. with respect to the underlying judgment.

**Validity of Writ and Amount Owed Under the Judgment**

2. On August 4, 2016, Judgment was entered in the Southern District of Ohio in Case No. 1:16-cv-00499 in favor of Dealer Specialties and against Car Data 24/7 and Gary Lindsey, jointly and severally, in the amount of **$1,358,889.24** plus interest.

3. On July 12, 2017, a Judgment Lien Certificate was issued by the Florida Department of State. (Ex. 1 to the Motion for Proceedings Supplementary). The judgment

lien is valid and outstanding.

4. On February 22, 2019, Dealer Specialties recorded the Judgment in Miami-Dade County, Official Records Book 31335, beginning at Page 4574. (Doc 9-1).

5. Since the entry of Judgment on August 6, 2016 at least **$18,705.76** in interest has accrued on the Judgment (based on accrual of interest at .53% per annum for 917 days).

6. The Judgment is final as the time for filing a motion for new trial or rehearing has long passed.

7. To date, the Judgment and interest remain entirely unpaid and interest continues to accrue at the prevailing rate.

8. No credit is owed as the Judgment Debtor has not made any payment nor satisfied the Judgment in any form.

9. A Writ of Execution ("Writ") on Car Data 24/7 was obtained on March 15, 2019. (Doc. 10).

10. The Writ was served on April 4, 2019. (Ex. 2 to Motion for Proceedings Supplementary).

11. The Writ is valid, outstanding and it remains unsatisfied.

**Property Not Exempt From Execution in the Hands of Car Data 24/7, Inc., CarData, Inc., John Finucane, Jaylee's Auto Sales, Inc., and Dealer 360, Inc.**

12. Car Data 24/7, Inc. has property not exempt from execution including the following:

a. Any uniforms, equipment, tools, inventory, machinery, furniture, computers, printers, label makers, cellular telephones, electronics, inventory, supplies, tax refunds, accounts, cash, receivable and all other personal property owned by Car Data 24/7, Inc. and located at 2903 Dusa Drive, Suite D, Melbourne FL 32934, 120 Eldron Blvd SE, Palm

Bay, FL 32909, 101 Decorde Road SE, Palm Bay, FL 32909, 1713 Las Palmos Drive SW, Palm Bay, FL 32908, 2605 E. Atlantic Blvd, Pompano Beach, FL 33062, PO Box 9430 Coral Springs, FL 33075 or PO Box 110730, Palm Bay, FL 32911.

b. Any cars, motorcycles or other vehicles;

c. All leaseholds and real property;

d. All funds held in any account(s) in banks, financial institutions, Paypal, Venmo, Intuit, Square, Inc., NextGear, or any other type of account where funds are deposited or shared;

e. Any executory contracts, personal property judgments or real property judgments;

f. The internet domains and social media accounts of Car Data, Inc., including but not limited to the following: cardata.us, cardataus, cardatafl, twitter handle (@CarData_us); facebook (CarData, Inc.); instagram handle (cardataus); pinterest account (cardataus); and you tube channel (cardatausfl);

g. Any internet domains and social media accounts;

h. Any software applications, programs and algorithms;

i. Any proprietary information, copyright, trademark registrations, trademark applications, and the inventory and goodwill associated therewith; and,

j. All customer accounts, client lists, and goodwill associated therewith.

13. CarData, Inc. has property not exempt from execution including the following:

a. Any uniforms, equipment, tools, inventory, machinery, furniture, computers, printers, label makers, cellular telephones, electronics, inventory, supplies, tax refunds, accounts, cash, receivable and all other personal property owned by CarData, Inc. and located at 2605 E. Atlantic Blvd, Pompano Beach, FL 33062, 5954 N.W. 47th Way, Coconut Creek, FL 33073, 3520 W. Hillsboro Blvd., Apt. 201, Coconut Creek, FL 33073, PO Box 9430 Coral Springs, FL 33075 or PO Box 110730, Palm Bay, FL 32911;

b. Any cars, motorcycles or other vehicles;

c. All leaseholds and real property;

d. All funds held in any account(s) in banks, financial institutions, Paypal, Venmo, Intuit, Square, Inc., NextGear, or any other type of account where funds are deposited or shared;

e. Any executory contracts, personal property judgments or real property judgments;

f. The internet domains and social media accounts of CarData, Inc., including but not limited to the following: cardata.us, cardataus, cardatafl, twitter handle (@CarData_us); facebook (CarData, Inc.); instagram handle (cardataus); pinterest account (cardataus); and you tube channel (cardatausfl);

g. All software applications, programs and algorithms;

h. Any proprietary information, copyright, trademark registrations, trademark applications, and the inventory and goodwill associated therewith;

i. The name "CarData" and any similar variations; and,

j. All customer accounts, client lists, and goodwill associated therewith.

14. John Finucane has property not exempt from execution including the following:

a. Any equipment, tools, machinery, furniture, firearms, computers, printers, label makers, cellular telephones, electronics, supplies, accounts, cash, tax refunds, receivables and all other personal property owned by John Finucane and located at 5954 N.W. 47th Way, Coconut Creek, FL 33073, 3520 W. Hillsboro Blvd., Apt. 201, Coconut Creek, FL 33073, PO Box 9430 Coral Springs, FL 33075 or PO Box 110730, Palm Bay, FL 32911;

b. Any cars, motorcycles, boats, jet skis, or other vehicles;

c. All leaseholds and real property owned;

d. All funds held in any account(s) in banks, financial institutions, Paypal, Venmo, Intuit, Square, Inc., NextGear, or any other type of account where funds are deposited or shared;

e. Any executory contracts, personal property judgments or real property judgments;

f. Any internet domains and social media accounts;


Clarke Silverglate, P.A.
799 Brickell Plaza, Suite 900, Miami, FL 33131 Phone: 305.377.0700 Fax: 305.377.3001 www.cspalaw.com

g. Any software applications, programs and algorithms; and,

h. Any proprietary information, copyright, trademark registrations, trademark applications, and the inventory and goodwill associated therewith.

15. Jaylee's Auto Sales, Inc. has property not exempt from execution including the following:

a. Any uniforms, equipment, tools, inventory, machinery, furniture, computers, printers, label makers, cellular telephones, electronics, inventory, supplies, tax refunds, accounts, cash, receivable and all other personal property owned by Jaylee's Auto Sales, Inc. and located at 2903 Dusa Drive, Suite D, Melbourne FL 32934, 120 Eldron Blvd SE, Palm Bay, FL 32909, 101 Decorde Road SE, Palm Bay, FL 32909, 1713 Las Palmos Drive SW, Palm Bay, FL 32908, 2605 E. Atlantic Blvd, Pompano Beach, FL 33062, PO Box 9430 Coral Springs, FL 33075 or PO Box 110730, Palm Bay, FL 32911;

b. Any cars, motorcycles or other vehicles;

c. All leaseholds and real property;

d. All accounts receivable, executory contracts, and judgments;

e. All funds held in any account(s) in banks, financial institutions, Paypal, Venmo, Intuit, Square, Inc., NextGear, or any other type of account where funds are deposited or shared;

f. Any internet domains and social media accounts;

g. Any software applications, programs and algorithms;

h. Any proprietary information, copyright, trademark registrations, trademark applications, and the inventory and goodwill associated therewith; and,

i. All customer accounts, client lists, and goodwill associated therewith.

16. Dealer360, Inc. has property not exempt from execution including the following:

a. Any uniforms, equipment, tools, inventory, machinery, furniture, computers, printers, label makers, cellular telephones, electronics,


Clarke Silverglate, P.A.
799 Brickell Plaza, Suite 900, Miami, FL 33131 Phone: 305.377.0700 Fax: 305.377.3001 www.cspalaw.com

inventory, supplies, tax refunds, accounts, cash, receivable and all other personal property owned by Dealer 360, Inc. and located at 2903 Dusa Drive, Suite D, Melbourne FL 32934, 120 Eldron Blvd SE, Palm Bay, FL 32909, 101 Decorde Road SE, Palm Bay, FL 32909, 1713 Las Palmos Drive SW, Palm Bay, FL 32908, 2605 E. Atlantic Blvd, Pompano Beach, FL 33062, PO Box 9430 Coral Springs, FL 33075 or PO Box 110730, Palm Bay, FL 32911;

b. Any cars, motorcycles or other vehicles;

c. All leaseholds and real property;

d. All accounts receivable, executory contracts, and judgments;

e. All funds held in any account(s) in banks, financial institutions, Paypal, Venmo, Intuit, Square, Inc., NextGear, or any other type of account where funds are deposited or shared;

f. Any internet domains and social media accounts;

g. Any software applications, programs and algorithms;

h. Any proprietary information, copyright, trademark registrations, trademark applications, and the inventory and goodwill associated therewith; and,

i. All customer accounts, client lists, and goodwill associated therewith.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]
Shannon P. McKenna

The foregoing instrument was acknowledged before me this 10th day of APRIL, 2019, by Shannon P. McKenna, who is personally known to me.

My Commission Expires:

Anne B. Ford
NOTARY PUBLIC

Print Name ANNE B. FORD
Commission No.: FF 909026

ANNE B. FORD
MY COMMISSION # FF 909026
EXPIRES: August 12, 2019
Bonded Thru Notary Public Underwriters


Clarke Silverglate, P.A.
799 Brickell Plaza, Suite 900, Miami, FL 33131 Phone: 305.377.0700 Fax: 305.377.3001 www.cspalaw.com