# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DEALER SPECIALITIES INTERNATIONAL, INC.,**

**Plaintiff,**

**v.** **Case No: 6:18-mc-58-Orl-41LRH**

**CAR DATA 24/7, INC.,**

**Defendant.**

---

## ORDER

This cause comes before the Court on Plaintiff Dealer Specialities International, Inc.'s Notice of Filing Notices to Appear for Issuance by the Court.[1] Doc. No. 18. On May 15, 2019, the Court granted Plaintiff's motion to institute proceedings supplementary in aid of execution of a foreign judgment. Doc. No. 14; *see* Doc. No. 1. The Court also found Plaintiff's request to implead third parties—Car Data, Inc., John Finucane, Jaylee's Auto Sales, Inc., and Dealer 360, Inc.—well taken. Doc. No. 14. However, Plaintiff had not filed the Notices to Appear required under Florida law. *See* Fla. Stat. § 56.29. Plaintiff thereafter filed the Notices to Appear at the Court's direction. Doc. Nos. 14, 18.[2]

---

[1] The filings in this matter are inconsistent on whether Plaintiff's name is "Dealer Specialities" or "Dealer Specialties." *Compare* Doc. No. 1, at 1, *with* Doc. No. 1, at 2. Consistent with the style of the case, the Court refers to Plaintiff as "Dealer Specialities."

[2] The Court directed Plaintiff to file the Notices to Appear on or before May 22, 2019. Doc. No. 14, at 8. On May 17, 2019, Defendant Car Data 24/7, Inc., filed a suggestion of bankruptcy. Doc. No. 15. On June 28, 2019, Plaintiff filed a Notice that the bankruptcy court had confirmed the absence of a stay as it related to Car Data 24/7, Inc. and the impleaded parties. Doc. No. 17. On July 2, 2019, Plaintiff filed the Notices to Appear. Doc. No. 18.

The Court has reviewed the Notices to Appear and is satisfied that they meet the requirements set forth in Section 56.29(2), Florida Statutes.[3] Accordingly, pursuant to Section 56.29(2), the Court issues the Notices to Appear, which are attached to this Order as exhibits. Plaintiff is **DIRECTED** to serve the Notices to Appear on Car Data 24/7, Inc., Car Data, Inc., John Finucane, Jaylee's Auto Sales, Inc., and Dealer 360, Inc., in accordance with Chapter 48, Florida Statutes. *See* Fla. Stat. § 56.29(2). Service must be effected no later than seven (7) business days prior to July 26, 2019. *See id.*

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2019.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

[3] The Notices to Appear also track the form Notice to Appear issued by the Florida Supreme Court. *See In re Amendments to Fla. Rule of Civil Procedure 1.570 & Form 1.914*, 244 So. 3d 1009, 1011–12 (Fla. 2018) (providing form for Notice to Appear in Appendix).